to those the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiff was sustained.

**No. 53953.**—I. Bauer, Inc. *v.* United States, protest 152396–K (A) (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that certain items of the merchandise consist of mats composed wholly of sisal fibers, which sisal fibers are similar in all material respects to those contained in the handbags which were the subject of *United States* v. *Goldberg & Seltzer, Inc.* (36 C. C. P. A. 64, C. A. D. 399), the claim of the plaintiff was sustained.

BEFORE THE THIRD DIVISION, JANUARY 23, 1950

**No. 53954.**—Morris J. Golombeck et al. *v.* United States, protests 133466–K, etc. (New York).

Opinion by CLINE, J. In accordance with stipulation that the merchandise consists of laurel leaves similar in all material respects to those the subject of *The Levy & Levis Co., Inc.* v. *United States* (23 Cust. Ct. 8, C. D. 1180), the claim of the plaintiffs was sustained.

**No. 53955.**—Knickerbocker Mills Co. et al. *v.* United States, protests 135606–K, etc. (New York).

Opinion by CLINE, J. In accordance with stipulation that the merchandise consists of laurel leaves similar in all material respects to those the subject of *The Levy & Levis Co., Inc.* v. *United States* (23 Cust. Ct. 8, C. D. 1180), the claim of the plaintiffs was sustained.

**No. 53956.**—V. G. Nahrgang *v.* United States, protests 137379–K, etc. (Detroit).

Opinion by CLINE, J. An examination of the record failing to disclose evidence sufficient to overcome the presumption of correctness attaching to the collector's classification, the protests were overruled.

**No. 53957.**—McKesson & Robbins, Inc. *v.* United States, protests 110694–K, etc. (New York).